# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1198
_____

KENNETH WOLINER,

    Petitioner,

    v.

JOSEPH LADAPO, Secretary,
Department of Health, and PAUL
VAZQUEZ, Executive Director,
Florida Board of Medicine,

    Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

July 23, 2024

PER CURIAM.

    DISMISSED.

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Woliner, pro se, Petitioner.

Ashley Moody, Attorney General, and Stephanie A. Morse, Special Counsel, Tallahassee, for Respondents.